FILED

2019 OCT 18 P 3: 27

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN ANTONIO CASTRO-OSUNA,<br><br>    Defendant. | Case No. **19CR4218W**<br><br>I N D I C T M E N T<br><br>Title 46, U.S.C., Sec. 70503(a)(1) - Possession of Marijuana with Intent to Distribute on Board a Vessel; Title 21, U.S.C., Secs. 952, 960 and 963 – Attempted Importation of Marijuana; Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) – Attempted Bringing in Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1326(a) – Attempted Reentry of Removed Alien |

The grand jury charges:

Count 1

On or about September 12, 2019, on board a vessel of the United States and subject to the jurisdiction of the United States, defendant JUAN ANTONIO CASTRO-OSUNA, did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 322 kilograms (709.88 pounds) of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance; in violation of Title 46, United States Code, Section 70503(a)(1), and Title 18, United States Code, Section 2.

//

AFF:nlv:San Diego:10/18/19

## Count 2

On or about September 12, 2019, within the Southern District of California, defendant JUAN ANTONIO CASTRO-OSUNA did knowingly and intentionally attempt to import 100 kilograms and more of marijuana, to wit: approximately 322 kilograms (709.88 pounds) of a mixture and substance containing a detectable amount marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963, and Title 18, United States Code, Section 2.

## Counts 3-8

On or about September 12, 2019, within the Southern District of California, defendant JUAN ANTONIO CASTRO-OSUNA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens below, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens for the purpose of commercial advantage and private financial gain:

| Count | Name |
|---|---|
| 3 | Yan Lin |
| 4 | Zhao Peng |
| 5 | Chen Rong |
| 6 | Chen Qi Jia |
| 7 | Xiaon Yong Li |
| 8 | Xue Huazhong |

all in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

//

//

Count 9

On or about September 12, 2019, within the Southern District of California, defendant JUAN ANTONIO CASTRO-OSUNA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States and his/her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, boarding a vessel in Mexico with the intent of entering the United States and getting within approximately 10 nautical miles West of the Coast of the Southern District of California, that was a substantial step toward committing the offense; all in violation of Title 8, United States Code, Section 1326(a).

DATED: October 18, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
ALEXANDRA F. FOSTER
Assistant U.S. Attorney