Case 3:19-cr-04218-W    Document 2    Filed 10/18/19    PageID.4    Page 1 of 1

FILED

2019 OCT 18 P 3: 27

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN ANTONIO CASTRO-OSUNA,

Defendant.

Case No.  **19 CR 4218 W**

**NOTICE OF RELATED CASE**

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States of America v. Sergio Diaz-Hernandez</u>, Case No. 19CR4072-W, pursuant to Local Rule 57.2.1, Related Cases.  The United States Attorney certifies the cases are related for the following reason(s):

_____ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

__X__ (2) Prosecution against different defendants arises from:

_____ (a) A common wiretap

_____ (b) A common search warrant

__X__ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: October 18, 2019.

ROBERT S. BREWER, JR.
United States Attorney